978 A.2d 920

IN THE MATTER OF JEFFREY ABRAMOWITZ,
AN ATTORNEY AT LAW.

September 24, 2009.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension of **JEFFREY ABRAMOWITZ of MOUNT LAUREL,** who was admitted to the bar of this State in 1988, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, **JEFFREY ABRAMOWITZ** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JEFFREY ABRAMOWITZ** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in or hereinafter deposited in any New Jersey financial institution maintained by **JEFFREY ABRAMOWITZ** pursuant to *Rule* 1:21–6 shall be restrained from disbursement expect on application

to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JEFFREY ABRAMOWITZ** comply with *Rule* 1:20–20 dealing with suspended attorneys.